UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SANDRA ATKINSON, AS NEXT FRIEND AND GUARDIAN OF BABY L.C. | CIVIL ACTION NO. 1:19-op-45531 |
| Plaintiff, | MDL NO. 1:17-md-02804 |
| -vs- | O R D E R |
| PURDUE PHARMA, L.P., PURDUE PHARMA, INC., THE PURDUE FREDERICK COMPANY, INC., ET AL | |
| Defendant, | |

In light of the failure by Plaintiff or Plaintiff's guardian to provide to the Court notice of replacement counsel, this action is DISMISSED without prejudice.

IT IS ORDERED.

Date: August 19, 2025

*s/Dan Aaron Polster*
Dan Aaron Polster
United States District Judge